# First District Court of Appeal
## State of Florida

———————————————

No. 1D21-3045

———————————————

Shawn Paul Pearson,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

September 23, 2022

Per Curiam.

Affirmed.

Ray, Osterhaus, and Nordby, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.